

**MEMO ENDORSED.**

**JED M. WEISS, ESQ.**
**PARTNER**
Mandelbaum Barrett PC
570 Lexington Avenue, 21st Floor
New York, NY 10022
jweiss@mblawfirm.com
T: (212) 324-1877

June 3, 2026

**Via ECF Filing**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

RE:    Employers Insurance Company of Wausau v. City of New York
        Index No:  26-cv-3390

Your Honor:

We represent the Plaintiff in the above captioned action.  We write to respectfully request that the Court adjourn the Initial Pretrial Conference in this matter currently scheduled for tomorrow, June 4, 2026, at 10:00 a.m.  I sincerely apologize to the Court for the timing of the instant request, the undersigned was just assigned to this matter today, and upon my review of the docket I learned of the conference.

This case was filed on April 25, 2026.  At present, the Defendant has not been served with the Summons and Complaint.  We are endeavoring to do so as quickly as possible.  Thus, any conference will not be productive until the Defendant is served and appears in this matter.

This is Plaintiff's first request for such an extension, we did not reach out to Defendant because counsel has not yet appeared in this matter.

We thank the Court for its kind consideration herein.

Respectfully submitted,

JED M. WEISS

**Application GRANTED. The Initial Case Management Conference is ADJOURNED to Tuesday, August 11, 2026 at 11:30 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**Parties are reminded to abide by my individual practices to submit pre-conference materials in advance of the conference.**

**SO ORDERED.**

**Ona T. Wang                    June 3, 2026**
**U.S.M.J.**